W. M. FINCK & CO. v. NACOGDOCHES MERCANTILE CO. (No. 412.)

(Court of Civil Appeals of Texas. Beaumont. Dec. 19, 1918.)

Error from Nacogdoches County Court; J. F. Perritte, Judge.

Action by W. M. Finck & Co. against the Nacogdoches Mercantile Company. From the judgment rendered, plaintiff brings error. Affirmed.

See, also, 163 S. W. 590.

E. B. Lewis, of Nacogdoches, for plaintiff in error.

A. A. Seale, of Nacogdoches, for defendant in error.

BROOKE, J. After a careful examination of the record in this case, together with the briefs of counsel for the respective parties, we have come to the conclusion that there is no reversible error shown, and the cause should therefore be affirmed.